**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Plaintiffs*
*Merck Sharp & Dohme B.V.*
*and Organon USA Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME B.V. and ORGANON USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, <br><br> Defendants. | Civil Action No. 20-18972 <br><br> *Document Electronically Filed* <br><br> **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS MERCK SHARP & DOHME B.V. AND ORGANON USA INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. hereby state as follows:

1. Merck Sharp & Dohme B.V. is an indirect, wholly owned subsidiary of Merck & Co., Inc.

2. Organon USA Inc. is a wholly owned subsidiary of Merck & Co., Inc.

3. Merck & Co., Inc. has no parent company and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  December 14, 2020<br>          Newark, New Jersey | s/ William P. Deni, Jr.<br>William P. Deni, Jr.<br>Charles H. Chevalier |
| *Of Counsel*: | J. Brugh Lower<br>**GIBBONS P.C.** |
| John J. Normile (*pro hac vice* to be submitted)<br>Sarah A. Geers<br>Lisamarie LoGiudice (*pro hac vice* to be submitted)<br>**JONES DAY**<br>250 Vesey Street<br>New York, NY 10281<br>(212) 326-3939 | One Gateway Center<br>Newark, New Jersey 07102<br>Tel:  (973) 596-4500<br>Fax: (973) 596-0545<br>wdeni@gibbonslaw.com<br>cchevalier@gibbonslaw.com<br>jlower@gibbonslaw.com |
| Andrea Weiss Jeffries (*pro hac vice* to be submitted)<br>**JONES DAY**<br>555 S. Flower Street<br>Los Angeles, CA 90071<br>(213) 243-2176 | *Attorneys for Plaintiffs*<br>*Merck Sharp & Dohme B.V.*<br>*and Organon USA Inc.* |

Anthony M. Insogna
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
(858) 314-1130

Jihong Lou (*pro hac vice* to be submitted)
**JONES DAY**
51 Louisiana Avenue, NW
Washington, DC 20001-2113
(202) 879-3631

Shayna Cook (*pro hac vice* to be submitted)
Alan Littmann (*pro hac vice* to be submitted)
Doug Winnard (*pro hac vice* to be submitted)
Lauren Abendshien (*pro hac vice* to be submitted)
**GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP**
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 681-6000